PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
RONNIE F. BAKER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,         )<br>                                                                )<br>             Plaintiffs,                                  )<br>                                                                )<br> vs.                                                          )<br>                                                                )<br>                                                                )<br> RONNIE F. BAKER,                                )<br>                                                                )<br>             Defendant.                                )<br> _____ ) | CASE NO. CR-08-0338 DLJ<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING HEARING** |

   RONNIE F. BAKER, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for March 20, 2009, be re-scheduled for May 22, 2009.

Dated: March 18, 2009

                                                            Respectfully submitted,

                                                            /s/ Philip A. Schnayerson
                                                            PHILIP A. SCHNAYERSON
                                                            Attorney for Defendant
                                                            RONNIE BAKER

STIPULATION AND ORDER TO CONTINUE SENTENCING
U.S. v. BAKER CR-08-0388 DLJ

DATED: March 18, 2009

       /s/ Philip A. Schnayerson
Authorized to sign for Stephen G. Corrigan
Assistant United States Attorney
on March 18, 2009

**(PROPOSED) ORDER**

The sentencing date presently scheduled for March 20, 2009, is continued to
May 22, 2009, ~~9:00 a.m.~~ **AT 10:00 a.m.**

IT IS SO ORDERED.

DATED: March 19, 2009

LOWELL D. JENSEN
United States District Judge
**D. LOWELL JENSEN**