JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612450
   Telephone: (510) 637-3701
   Facsimile: (510) 637-3724
   stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0338 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE THE |
| ) | SENTENCING HEARING AND |
| v. ) | **ORDER** |
| ) | |
| RONNIE F. BAKER, ) | |
| ) | |
| Defendant. ) | |

     The parties, through counsel of record, jointly stipulate that there is a good cause to continue the sentencing date of defendant Ronnie F. Baker from July 31, 2009 at 10:00

////

////

////

////

////

Stipulation To Continue Sentencing Date
and [Proposed] Order
CR 08-0338 DLJ

a.m. to September 18, 2009 at 10:00 a.m.  U.S. Probation Officer Brian Casai has no objection.

DATED:  July 28, 2009					Respectfully submitted,

          /s/
STEPHEN G. CORRIGAN
Assistant United States Attorney

DATED: July 27, 2009					   /s/
PHILIP A. SCHNAYERSON
Attorney for Defendant Ronnie F. Baker

## ORDER

IT IS ORDERED that the sentencing date presently scheduled for July **31**, 2009, is continued to September 18, 2009 at 10:00 am.

DATED: July  28, 2009
D. LOWELL JENSEN
United States District Judge

Stipulation To Continue Sentencing Date
and [Proposed] Order
CR 08-0338 DLJ					2