PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
RONNIE F. BAKER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR-08-0338 DLJ |
| Plaintiffs, ) | |
| ) | **STIPULATION AND ORDER RE** |
| vs. ) | **CONTINUANCE OF** |
| ) | **SENTENCING HEARING** |
| ) | |
| RONNIE F. BAKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

RONNIE F. BAKER, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for September 18, 2009, be re-scheduled for December 4, 2009.

Dated: September 15, 2009

                                                      Respectfully submitted,

                                                      /s/ Philip A. Schnayerson
                                                      PHILIP A. SCHNAYERSON
                                                      Attorney for Defendant
                                                      RONNIE BAKER

DATED: September 15, 2009

                                        /s/ Philip A. Schnayerson
                                        Authorized to sign for Stephen G. Corrigan
                                        Assistant United States Attorney
                                        on September 15, 2009

**ORDER**

The sentencing date presently scheduled for September 18, 2009, is continued to

**December 4, 2009, 10:00 a.m.**

IT IS SO ORDERED.

DATED: September 21, 2009

                                        **D. LOWELL JENSEN**
                                        United States District Judge