1  PHILIP A. SCHNAYERSON (CSBN 41825)
   GARCIA, SCHNAYERSON & THOMPSON
2  ATTORNEYS AT LAW
   225 West Winton
3  Suite 208
   Hayward, California 94544
4  (510) 887-7445

5
   Attorney for Defendant
6  RONNIE F. BAKER

7                    IN THE UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10 THE UNITED STATES OF AMERICA,       )
                                       )
11                                     )   CASE NO. CR-08-0338 DLJ
            Plaintiffs,                )
12                                     )   **STIPULATION AND ORDER RE**
   vs.                                 )   **CONTINUANCE OF**
13                                     )   **SENTENCING HEARING**
                                       )
14 RONNIE F. BAKER,                    )
                                       )
15          Defendant.                 )
16 ──────────────────────────────      )

17          RONNIE F. BAKER, by and through his counsel, Philip A. Schnayerson, and the

18 United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States

19 Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently

20 set for March 19, 2010, be re-scheduled for June 4, 2010.

21  Dated: March 18, 2010              Respectfully submitted,
                                       /s/ Philip A. Schnayerson
22                                     PHILIP A. SCHNAYERSON
                                       Attorney for Defendant
23                                     RONNIE BAKER

24

25
   STIPULATION AND ORDER TO CONTINUE SENTENCING
26
   U.S. v. BAKER CR-08-0388 DLJ

1  DATED: March 18, 2010

2
        /s/ Philip A. Schnayerson
        Authorized to sign for Stephen G. Corrigan
3         Assistant United States Attorney
        on March 18, 2010
4

5 **ORDER**

6  The sentencing date presently scheduled for March 19, 2010, is continued to

7  June 4, 2010, at 10:00 a.m.

8  IT IS SO ORDERED.

9  DATED: March 19, 2010

10         D. LOWELL JENSEN
        United States District Judge

26  STIPULATION AND ORDER TO CONTINUE SENTENCING

U.S. v. BAKER CR-08-0388 DLJ