```
1  PHILIP A. SCHNAYERSON (CSBN 41825)
   GARCIA, SCHNAYERSON & THOMPSON
2  ATTORNEYS AT LAW
   225 West Winton
3  Suite 208
   Hayward, California  94544
4  (510) 887-7445
5
   Attorney for Defendant
6  RONNIE F. BAKER
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>            ) <br>      Plaintiffs,   )<br>            )<br>vs.         )<br>            )<br>            )<br>RONNIE F. BAKER,  )<br>            )<br>      Defendant.    )<br>_____ ) | CASE NO. CR-08-0338 DLJ<br><br>**STIPULATION AND<br>ORDER FOR CONTINUANCE<br>OF SURRENDER DATE** |

RONNIE F. BAKER, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States Attorney, jointly stipulate and respectfully request the Court to continue to date of surrender from August 3, 2010, to August 16, 2010.

Dated: July 22, 2010                    Respectfully submitted,
                                        /s/ Philip A. Schnayerson
                                        PHILIP A. SCHNAYERSON
                                        Attorney for Defendant
                                        RONNIE BAKER

STIPULATION AND ORDER TO CONTINUE SENTENCING

U.S. v. BAKER CR-08-0388 DLJ

1 DATED: July 22, 2010

2
        /s/ Philip A. Schnayerson
Authorized to sign for Stephen G. Corrigan
3 Assistant United States Attorney
on July 22, 2010
4

5 **ORDER**

6 The date defendant shall surrender for service of sentence is continued from August 3, 2010,

7 to August 16, 2010, before 12:00 Noon.

8 IT IS SO ORDERED.

9 DATED: July 22, 2010

10       D. LOWELL  JENSEN
United States District Judge

26 STIPULATION AND ORDER TO CONTINUE SENTENCING

U.S. v. BAKER CR-08-0388 DLJ

- 2 -