GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
RONNIE F. BAKER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR-08-0338 DLJ |
| Plaintiffs, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER** |
| ) | **FOR CONTINUANCE** |
| ) | **OF SURRENDER DATE** |
| ) | |
| RONNIE F. BAKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

RONNIE F. BAKER, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States Attorney, jointly stipulate and respectfully request the Court to continue to date of surrender from August 16, 2010, to September20, 2010.

///
///

Dated: August 10, 2010

                                          Respectfully submitted,
                                          /s/ Philip A. Schnayerson
                                          PHILIP A. SCHNAYERSON
                                          Attorney for Defendant
                                          RONNIE BAKER

DATED: August 10, 2010

                                          /s/ Philip A. Schnayerson
                                          Authorized to sign for Stephen G. Corrigan
                                          Assistant United States Attorney
                                          on August 10, 2010

## **ORDER**

The date defendant shall surrender for service of sentence is continued from August 16, 2010, to September 20, 2010, before 12:00 Noon.

IT IS SO ORDERED.

DATED: August 12, 2010

                                          D. LOWELL JENSEN
                                          United States District Judge