GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
RONNIE F. BAKER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR-08-0338 DLJ |
| Plaintiffs, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER** |
| ) | **FOR CONTINUANCE** |
| ) | **OF SURRENDER DATE** |
| ) | |
| RONNIE F. BAKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    RONNIE F. BAKER, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States Attorney, jointly stipulate and respectfully request the Court to continue to date of surrender from September 20, 2010, to November 29, 2010.

///
///

Dated: September 10, 2010

Respectfully submitted,
/s/ Philip A. Schnayerson
PHILIP A. SCHNAYERSON
Attorney for Defendant
RONNIE BAKER

Dated: September 10, 2010

/s/ Philip A. Schnayerson
Authorized to sign for Stephen G. Corrigan
Assistant United States Attorney
on September 10, 2010

**ORDER**

The date defendant shall surrender for service of sentence is continued from September 20, 2010, to November 29, 2010, before 12:00 Noon.

IT IS SO ORDERED.

DATED: September 10, 2010

D. LOWELL JENSEN
United States District Judge

- 2 -